UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE DANK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2463 (ESH) |
| ) | |
| R. JAMES NICHOLSON ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
KATHLEEN KONOPKA
Assistant United States Attorney
501 3rd St., N.W.
Washington, DC  20530
202-616-5309