THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BONNIE DANK, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No.:  05-2463 (ESH) |
| | ) | (ECF) |
| R. JAMES NICHOLSON, Secretary, | ) | |
| U.S. Department of Veteran Affairs, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION

I, Dorothy Snow, MD, declare the following:

1. That I am the Acting Director, VA Maryland Healthcare System, U.S. Department of Veterans Affairs, located at 10 North Greene Street, Baltimore, MD 21201 with the following satellite locations:

   a. Perry Point VA Medical Center, Perry Point, Maryland 21902;
   b. Baltimore VA Rehabilitation and Extended Care Center, 3900 Loch Raven Boulevard, Baltimore, Maryland 21218;
   c. Cambridge VA Outpatient Clinic, 830 Chesapeake Drive, Cambridge, Maryland 21613;
   d. Glen Burnie VA Outpatient Clinic, 1406 South Crain Highway, Glen Burnie, Maryland 21061;
   e. Loch Raven VA Outpatient Clinic, 3901 The Alameda, Baltimore, Maryland 21218; and,
   f. Pocomoke City VA Outpatient Clinic, 101 Market Street, Pocomoke City, Maryland 21851.

2. That records pertaining to employees, practices and policies of the VA Maryland Healthcare System are maintained in the State of Maryland.

3.  I declare under penalty of perjury that the foregoing is true and correct.

DOROTHY SNOW, MD
Acting Director
VA Maryland Healthcare System
U.S. Department of Veterans Affairs
10 North Greene Street
Baltimore, MD 21201