## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BONNIE DANK,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. Action No.:  05-2463 (ESH)** |
| | ) | **(ECF)** |
| **R. JAMES NICHOLSON. Administrator** | ) | |
| **U.S. Department of Veteran Affairs,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, to Transfer,

any opposition thereto, any reply, and the complete record herein, it is this ____ day of _____,

2006,

ORDERED that Defendant's Motion to Dismiss or, in the Alternative, to Transfer

be and is hereby GRANTED; it is

FURTHER ORDERED that the Complaint is DISMISSED without prejudice for

improper venue.

SO ORDERED.

UNITED STATES DISTRICT COURT