UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE DANK<br>5404 Columbia Road<br>No. 928<br>Columbia, MD 21044<br>    Plaintiff,<br>v.<br>R. JAMES NICHOLSON,<br>    Secretary<br>DEPARTMENT OF VETERANS AFFAIRS<br>810 Vermont Avenue, N.W.<br>Washington, D.C. 20420<br>    Defendant. | C. A. No. 05-02463(ESH) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss or Transfer and plaintiff's opposition thereto and the record as a whole, it is on this ___ day of _____, 2006,

ORDERED that Defendant's Motion to Dismiss or Transfer is hereby **DENIED**.

SO ORDERED.

 

The Honorable Judge Ellen Segal Huvelle
United States District Court