UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE DANK )<br>5404 Columbia Road )<br>No. 928 )<br>Columbia, MD 21044 )<br>     Plaintiff, )<br>v. )<br>R. JAMES NICHOLSON, )<br>     Secretary )<br>DEPARTMENT OF VETERANS AFFAIRS )<br>810 Vermont Avenue, N.W. )<br>Washington, D.C. 20420 )<br>     Defendant. )<br>      ) | C. A. No. 05-02463(ESH) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY AND MOTION TO DISMISS OR TRANSFER VENUE

The plaintiff, Bonnie S. Dank, moves the Court for leave to file the accompanying Sur-reply to Defendant's Rely And Motion to Dismiss Or Transfer Venue.

In response to the request of undersigned counsel for the plaintiff to counsel for the defendant, the latter has indicated that, in deference to the Court rules and as a matter of policy, her Office does not consent to the filing of sur-replies.

Respectfully submitted,

_____
Beth S. Slavet, D. C. Bar No. 305805
Jonathan Axelrod, D.C. Bar No. 210245
Anh-Viet Ly, D.C. Bar No. 485142
Beins, Axelrod, Gleason & Gibson, P.C.
1625 Massachusetts Ave., NW
Washington, D.C. 20036-20001
(202)328-7222
(202)328-7030 (fax)
Counsel for the Plaintiff

Dated: March 22, 2006