UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE DANK<br>5404 Columbia Road<br>No. 928<br>Columbia, MD 21044<br>     Plaintiff,<br>v.<br>R. JAMES NICHOLSON,<br>    Secretary<br>DEPARTMENT OF VETERANS AFFAIRS<br>810 Vermont Avenue, N.W.<br>Washington, D.C. 20420<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-02463(ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY AND MOTION TO DISMISS OR TRANSFER VENUE**

1. Local Rule of Civil Procedure 7(a), (c), (d).

2. Local Rule of Civil Procedure 7(m).

Respectfully submitted,

*/s/ Beth S. Slavet*

Beth S. Slavet, D. C. Bar No. 305805
Jonathan Axelrod, D.C. Bar No. 210245
Anh-Viet Ly, D.C. Bar No. 485142
Beins, Axelrod, Gleason & Gibson, P.C.
1625 Massachusetts Ave., NW
Washington, D.C. 20036-20001
(202)328-7222
(202)328-7030 (fax)

Counsel for the Plaintiff

Dated: March 22, 2006