UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONNIE DANK )<br>5404 Columbia Road )<br>No. 928 )<br>Columbia, MD 21044 )<br>      Plaintiff, )<br>v. )<br>R. JAMES NICHOLSON, )<br>    Secretary )<br>DEPARTMENT OF VETERANS AFFAIRS )<br>810 Vermont Avenue, N.W. )<br>Washington, D.C. 20420 )<br>      Defendant. )<br>) | C. A. No. 05-02463(ESH) |

### ORDER

Upon consideration of Plaintiff's Motion To File A Sur-Reply and such Surreply, it is on this __ day of __ 2006,

ORDERED that Plaintiff's Motion To File A Sur-Reply is HEREBY GRANTED.

SO ORDERED.

_____
The Honorable Judith Ellen Segal Huevelle
U.S. District Court Judge

Dated: