**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BONNIE DANK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-2463 (ESH)** |
| ) | |
| **R. JAMES NICHOLSON,** ) | |
| **Secretary, U.S. Department of** ) | |
| **Veterans Affairs,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of defendant's Motion to Dismiss or to Transfer and the parties'

written submissions related thereto, it is hereby

**ORDERED** that defendant's Motion to Dismiss is **DENIED**, but the Motion to Transfer

is **GRANTED**; and it is

**FURTHER ORDERED** that the case be transferred to the United States District Court

for the District of Maryland.

 

 

                                                         s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Date: March 24, 2006